

# IN THE
# TENTH COURT OF APPEALS

—————————

## No. 10-12-00434-CV

**MICHAEL A. PEREZ AND ELIZABETH A. PEREZ,**

**Appellants**

 **v.**

**BOBBY FELDER D/B/A F&W ELECTRIC,**

**Appellee**

—————————

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 12-001846-CV-361**

—————————

## ORDER ON MOTION FOR REHEARING

—————————

On April 25, 2013, this Court dismissed this appeal for want of prosecution. Appellants subsequently filed a motion for rehearing, stating, "We did not intend for or purposely allow for this case to be dismissed. Our hopes were to have it resolved amicably without further costs and much more time spent. We will proceed with paying the clerk's office for our record to be submitted to this court." This Court has since received the clerk's record in this appeal. Accordingly, we grant Appellants'

motion for rehearing and reinstate their appeal. The opinion and judgment issued on

April 25, 2013, are withdrawn.

Appellants' brief is due within thirty days after the date of this order.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed July 18, 2013
Do not publish